[No. 5044–1. Division One. August 20, 1979.]

DOUGLAS R. CASEY, *Appellant,* v. T. W. KRAIGER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 798470, Frank H. Roberts, Jr., J., entered September 21, 1976. *Reversed* by unpublished opinion per Callow, C.J., concurred in by Andersen and Dore, JJ.

[No. 6398–1. Division One. August 20, 1979.]

THE STATE OF WASHINGTON, *Appellant,* v. CASCADE DISTRICT COURT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 145914, Paul D. Hansen, J., entered February 16, 1978. *Reversed* by unpublished opinion per Callow, C.J., concurred in by James and Williams, JJ.

[No. 6486–1. Division One. August 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY TIDWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83570, Frank D. Howard, J., entered March 23, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and James, J.

[No. 6669–1. Division One. August 20, 1979.]

EASTSIDE VENTURES, INC., *Respondent,* v. REID SAND & GRAVEL, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 801112, Frank H. Roberts, Jr., J., entered May 23, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Dore, J.